UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALIEU JATTA,

        Petitioner,

v.

LOWELL CLARK, et al.,

        Respondent.

Case No. C19-02086-MJP-SKV

ORDER DIRECTING JOINT STATUS REPORT

This is a 28 U.S.C. § 2241 habeas action. On December 5, 2020, the Honorable Marsha J. Pechman issued the following order:

> The Court DENIES Respondents' motion to dismiss for lack of jurisdiction (Dkt. No. 6) as to Petitioner's claims related to (a) his application for a provisional unlawful presence waiver and (b) his arrest and detention, and GRANTS the motion as to the remaining claims. The Court GRANTS Petitioner's motion for a stay of removal and release from custody (Dkt. No. 8). The Court ORDERS Jatta to be released immediately with conditions to be set by ICE consistent with this Order. The Court STAYS Petitioner's removal until further order of the Court. And the Court RE-REFERS this matter to [the Magistrate Judge] for further proceedings.

DKt. 24. On January 29, 2021, Respondent filed a Notice of Appeal of Judge Pechman's order. Dkt. 25. On June 29, 2021, the Court of Appeals granted Respondent's motion to voluntarily dismiss the appeal and the appeal was dismissed. Dkt. 28.

ORDER DIRECTING JOINT STATUS REPORT - 1

The parties are hereby directed to submit a joint status report on or before **July 12, 2021**, indicating whether there have been any relevant changes affecting the status of the Petition. If the parties indicate no relevant changes have occurred, the Court will issue an order setting a schedule for supplemental briefing on the merits of Petitioner's remaining claims.[1]

The Clerk is directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

Dated this 1st day of July, 2021.

S. KATE VAUGHAN
United States Magistrate Judge

---

[1] The Court notes that it appears Respondent has not briefed the merits of the Petitioner's claims related to his application for provisional unlawful presence waiver.

ORDER DIRECTING JOINT STATUS REPORT - 2