UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALIEU JATTA, | CASE NO. C19-2086 MJP-SKV |
| Petitioner, | MINUTE ORDER |
| v. | |
| NATHALIE ASHER, et al., | |
| Respondents. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed the Parties' Joint Status Report. (Dkt. No. 34.) The Court sets the following briefing schedule for the proposed motion to dismiss:

Respondents' Motion to Dismiss must be filed by no later than January 21, 2022

Petitioner's Opposition must be filed by no later than February 21, 2022

Respondents' Reply must be filed by no later than March 14, 2022

\\

The clerk is ordered to provide copies of this order to all counsel.

Filed October 22, 2021.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk