1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

ALIEU JATTA,

CASE NO. C19-2086 MJP

11

Petitioner,

ORDER ADMINISTRATIVELY
CLOSING MATTER

12

v.

13

LOWELL CLARK, et al.,

14

Respondents.

15

16      The Court issues this Order in response to the Parties' Joint Status Report. (Dkt. No. 43.)

17  In the JSR, the Parties detail the various steps remaining in Petitioner's provisional waiver

18  application process and the estimated time when he might receive a final adjudication on all

19  remaining steps. (Id.) The Parties suggest that the Court administratively close the case given

20  that the estimated amount of time remaining could approach nearly three years. (Id.) The Court

21  agrees that given the ongoing administrative process, it is prudent to administratively close this

22  case. The Court directs the Clerk to administratively close this matter.

23      \\

24

The clerk is ordered to provide copies of this order to all counsel.

Dated January 23, 2023.

Marsha J. Pechman
United States Senior District Judge